DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONEL DESINOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-931

[October 27, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 13-009034-CF-10A.

Daniel Tibbitt of Daniel J. Tibbitt, P.A., North Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***